# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAURA J. LANNIN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>  vs.<br><br>NRT TITLE AGENCY, LLC,<br><br>          Defendant. | Civil Action No.: 2:18-cv-15146<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J.<br><br>Civil Action |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that this matter, having been resolved amicably without the need for further judicial intervention, shall be dismissed with prejudice and with each party bearing its own costs and attorney's fees and waiving all rights of appeal.

ME1 39239757v.5

| | |
|---|---|
| SHAIN SCHAFFER, P.C.<br>150 Morristown Road, Suite 105<br>Bernardsville, NJ 07924 | McCARTER & ENGLISH, LLP<br>1600 Market Street, Suite 3900<br>Philadelphia, PA 19103 |
| By: _s/ Xiaosong Li_<br>    Xiaosong Li, Esq. | By: _s/ Kristofor T. Henning_<br>    Kristofor T. Henning, Esq. |
| -and- | *Attorneys for Defendant*<br>*NRT Title Agency, LLC* |
| WILENTZ, GOLDMAN &<br>SPITZER, P.A.<br>90 Woodbridge Center Drive<br>Woodbridge, NJ 07095 | |
| By: _s/ Kevin. P. Roddy_<br>    Kevin P. Roddy, Esq. | |
| *Attorneys for Plaintiff*<br>*Laura J. Lannin* | |

February <u>15</u>, 2022.

SO ORDERED

   _s/Madeline Cox Arleo_
MADELINE COX ARLEO, U.S.D.J.

Date: 2/16/22

2

ME1 39239757v.5